**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **TERRELL D. DOUGLAS** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | **No: 1:26-cv-00741-PTG-IDD** |
| **v.** ) | |
| ) | |
| **MANTECH INTERNATIONAL** ) | |
| **CORPORATION,** *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**NOTICE OF APPEARANCE OF MICAH E. TICATCH**

PLEASE TAKE NOTICE that Micah E. Ticatch of the law firm of Isler Dare, P.C., who is

a member in good standing of the Virginia Bar and of this Court, hereby enters his appearance in

the above-titled action on behalf of Defendant ManTech International Corporation.

Dated: May 21, 2026                Respectfully submitted,

                                                   /s/ Micah E. Ticatch
                                                   Edward Lee Isler, Va. Bar No. 27985
                                                   Micah E. Ticatch, Va. Bar No. 83351
                                                   John W. H. Harding, Va. Bar No. 87602
                                                   ISLER DARE, P.C.
                                                   1945 Old Gallows Road, Suite 650
                                                   Vienna, Virginia 22182
                                                   Phone: (703) 748-2690
                                                   Facsimile: (703) 748-2695
                                                   Email:  eisler@islerdare.com
                                                   Email:  mticatch@islerdare.com
                                                   Email:  jharding@islerdare.com

                                                   *Counsel for Defendant*
                                                   *ManTech International Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of May 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

Andrew O. Clarke, Esq.
DISTRICT LEGAL GROUP, PLLC
163 Waterfront Street, Suite 440
National Harbor, MD 20745
Phone: (202) 780-9144
Email: aclarke@districtlegalgroup.com

*Counsel for Plaintiff*
*Terrell D. Douglas*

<u>/s/ Micah E. Ticatch</u>
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: mticatch@islerdare.com

*Counsel for Defendant*
*ManTech International Corporation*