**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **TERRELL D. DOUGLAS**           ) | |
|           ) | |
|      *Plaintiff,*         ) | |
|           ) | **No: 1:26-cv-00741-PTG-IDD** |
|    **v.**           ) | |
|           ) | |
| **MANTECH INTERNATIONAL**    ) | |
| **CORPORATION,** *et al.,*      ) | |
|           ) | |
|      *Defendants.*      ) | |

**ORDER**

This matter comes before the Court on Defendant's Consented To Motion to Extend Time to Respond to Complaint. Upon the consent of the parties and for good cause shown, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that Defendant shall file and serve its responsive pleadings to the Complaint on or before June 9, 2026.

Entered this ____ day of _____, 2026.

_____
Hon. Patricia Tolliver Giles
United States District Judge