**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **TERRELL D. DOUGLAS**          ) | |
| ) | |
| *Plaintiff*,    ) | |
| ) | **No: 1:26-cv-00741-PTG-IDD** |
| **v.**    ) | |
| ) | |
| **MANTECH INTERNATIONAL**   ) | |
| **CORPORATION**, *et al.*,    ) | |
| ) | |
| *Defendants*.    ) | |
| ) | |

**NOTICE OF APPEARANCE OF EDWARD LEE ISLER**

PLEASE TAKE NOTICE that Edward Lee Isler of the law firm of Isler Dare, P.C., who is

a member in good standing of the Virginia Bar and of this Court, hereby enters his appearance in

the above-titled action on behalf of Defendant ManTech International Corporation.

Dated: May 21, 2026                Respectfully submitted,

                               */s/ Edward Lee Isler*
                               Edward Lee Isler, Va. Bar No. 27985
                               Micah E. Ticatch, Va. Bar No. 83351
                               John W. H. Harding, Va. Bar No. 87602
                               ISLER DARE, P.C.
                               1945 Old Gallows Road, Suite 650
                               Vienna, Virginia 22182
                               Phone: (703) 748-2690
                               Facsimile: (703) 748-2695
                               Email: eisler@islerdare.com
                               Email: mticatch@islerdare.com
                               Email: jharding@islerdare.com

                               *Counsel for Defendant*
                               *ManTech International Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of May 2026, I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system, which automatically sends notification to the

following:

> Andrew O. Clarke, Esq.
> DISTRICT LEGAL GROUP, PLLC
> 163 Waterfront Street, Suite 440
> National Harbor, MD 20745
> Phone: (202) 780-9144
> Email: aclarke@districtlegalgroup.com
>
> *Counsel for Plaintiff*
> *Terrell D. Douglas*

> /s/ Edward Lee Isler
> Edward Lee Isler, Va. Bar No. 27985
> ISLER DARE, P.C.
> 1945 Old Gallows Road. Suite 650
> Vienna, Virginia 22182
> Phone: (703) 748-2690
> Facsimile: (703) 748-2695
> Email: eisler@islerdare.com
>
> *Counsel for Defendant*
> *ManTech International Corporation*