**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **TERRELL D. DOUGLAS** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | **No: 1:26-cv-00741-PTG-IDD** |
| **v.** ) | |
| ) | |
| **MANTECH INTERNATIONAL** ) | |
| **CORPORATION**, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**NOTICE OF APPEARANCE OF JOHN W.H. HARDING**

PLEASE TAKE NOTICE that John W. H. Harding of the law firm of Isler Dare, P.C., who

is a member in good standing of the Virginia Bar and of this Court, hereby enters his appearance

in the above-titled action on behalf of Defendant ManTech International Corporation.

Dated: May 21, 2026                    Respectfully submitted,

/s/ John W. H. Harding
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
John W. H. Harding, Va. Bar No. 87602
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: eisler@islerdare.com
Email: mticatch@islerdare.com
Email: jharding@islerdare.com

*Counsel for Defendant
ManTech International Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of May 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

Andrew O. Clarke, Esq.
DISTRICT LEGAL GROUP, PLLC
163 Waterfront Street, Suite 440
National Harbor, MD 20745
Phone: (202) 780-9144
Email: aclarke@districtlegalgroup.com

*Counsel for Plaintiff*
*Terrell D. Douglas*

*/s/ John W. H. Harding*
John W. H. Harding, Va. Bar No. 87602
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: jharding@islerdare.com

*Counsel for Defendant*
*ManTech International Corporation*