**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| TERRELL D. DOUGLAS | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) **No: 1:26-cv-00741-PTG-IDD** |
| v. | ) |
| | ) |
| MANTECH INTERNATIONAL | ) |
| CORPORATION, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

**DEFENDANT MANTECH INTERNATIONAL CORPORATION'S
RULE 7.1 DISCLOSURE OF CORPORATE
AFFILIATIONS AND FINANCIAL INTERESTS**

Defendant ManTech International Corporation ("ManTech"), by and through undersigned counsel and in accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.1, states:

ManTech International Corporation is wholly and directly owned by Moose Bidco, Inc., which is indirectly owned by Carlyle Partners VIII Holdings IV, L.P. ("CP VIII"). The Carlyle Group, Inc., a publicly traded company (NASDAQ: CG), indirectly has an interest in the general partner of CP VIII.

Dated: May 21, 2026                                        Respectfully submitted,

                                                                        */s/ John W. H. Harding*
                                                                        Edward Lee Isler, Va. Bar No. 27985
                                                                        Micah E. Ticatch, Va. Bar No. 83351
                                                                        John W. H. Harding, Va. Bar No. 87602
                                                                        ISLER DARE, P.C.
                                                                        1945 Old Gallows Road. Suite 650
                                                                        Vienna, Virginia 22182
                                                                        Phone: (703) 748-2690
                                                                        Facsimile: (703) 748-2695
                                                                        Email: eisler@islerdare.com
                                                                        Email: mticatch@islerdare.com
                                                                        Email: jharding@islerdare.com

1

*Counsel for Defendant*
*ManTech International Corporation*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 21st day of May 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

Andrew O. Clarke, Esq.
DISTRICT LEGAL GROUP, PLLC
163 Waterfront Street, Suite 440
National Harbor, MD 20745
Phone: (202) 780-9144
Email: aclarke@districtlegalgroup.com

*Counsel for Plaintiff*
*Terrell D. Douglas*

*/s/ John W. H. Harding*
John W. H. Harding, Va. Bar No. 87602
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: jharding@islerdare.com

*Counsel for Defendant*
*ManTech International Corporation*

3