IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TERRELL D. DOUGLAS, )
)
)
Plaintiff, )
)
v. )  Civil Action No. 1:26-cv-00741 (PTG/IDD)
)
MANTECH INTERNATIONAL )
CORPORATION, *et al.*, )
)
)
Defendants. )
_____ )

## **ORDER**

This matter is before the Court on Defendant ManTech International Corporation's Consented to Motion to Extend Time to Respond to Complaint ("Motion") [Dkt. No. 8]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for lack of good cause, it is hereby

ORDERED that the Motion is **DENIED without prejudice.** Defendant did not provide any factual basis upon which a determination of good cause could be made.

ENTERED this 21st day of May 2026.

_____/s/_____
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia