**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

TERRELL D. DOUGLAS          )
                                )
       *Plaintiff*,           )
                                )
     v.                    )      No: 1:26-cv-00741-PTG-IDD
                                )
MANTECH INTERNATIONAL CORP.  )
and                         )
ALKU TECHNOLOGIES, LLC      )
                                )
     *Defendants*.       )
                                )

**DEFENDANT MANTECH INTERNATIONAL CORPORATION'S AMENDED
CONSENTED TO MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Defendant ManTech International Corporation ("ManTech"), by counsel, respectfully moves the Court for entry of an Order extending the time for ManTech to respond to the Complaint filed by Plaintiff Terrell D. Douglas ("Plaintiff"). In support of this Motion, ManTech states the following:

1.     Plaintiff filed the Complaint with this Court on March 19, 2026.

2.     On May 5, 2026, Plaintiff served the Complaint and Summons via process server upon ManTech's registered agent, CT Corporation System; consequently, ManTech must file and serve its responsive pleadings to the Complaint on or before May 26, 2026.

3.     Undersigned counsel was retained earlier this week and is diligently working to investigate Plaintiff's allegations. However, Plaintiff was not employed directly by ManTech but rather was an employee of co-defendant ALKU, a company that serves as a subcontractor to ManTech. Accordingly, ManTech needs additional time to obtain necessary information from the Plaintiff's actual employer (ALKU) to investigate the allegations from May 2024, *see* ECF 1 (Complaint, ¶ 18), and prepare its responsive pleading. The Parties may also engage, through

1

counsel, in initial settlement discussions to see if an early resolution of this Action might be feasible.

4.    Counsel for Plaintiff has consented to the filing of this Motion for a 14-day extension of time by which ManTech must file and serve its responsive pleadings (until Tuesday, June 9, 2026).

5.    ManTech has not previously filed a motion to extend the time to file responsive pleadings in this matter.

6.    Granting this Motion will not delay the efficient and timely adjudication of this action and will not prejudice any party.

7.    This Motion is made in good faith and not for the purposes of delay.

8.    The parties waive oral argument on this Motion.

WHEREFORE, ManTech, by counsel, moves the Court to issue an order setting June 9, 2026 as the date by which it must file and serve its responsive pleadings in this matter.  A proposed Order is being filed simultaneously.

Dated: May 21, 2026

Respectfully submitted,

*/s/ Edward Lee Isler*
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
John W. H. Harding, Va. Bar No. 87602
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: eisler@islerdare.com
Email: mticatch@islerdare.com
Email: jharding@islerdare.com

*Counsel for Defendant*
*ManTech International Corporation*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21ˢᵗ day of May 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

Andrew O. Clarke, Esq.
DISTRICT LEGAL GROUP, PLLC
163 Waterfront Street, Suite 440
National Harbor, MD 20745
Phone: (202) 780-9144
Email: aclarke@districtlegalgroup.com

*Counsel for Plaintiff*
*Terrell D. Douglas*

/s/ *Edward Lee Isler*
Edward Lee Isler, Va. Bar No. 27985
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: mticatch@islerdare.com

*Counsel for Defendant*
*ManTech International Corporation*

3