**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **TERRELL D. DOUGLAS**             ) | |
|                     ) | |
|      *Plaintiff*,         ) | |
|                     ) | |
|     v.                  ) | **No: 1:26-cv-00741-PTG-IDD** |
|                     ) | |
| **MANTECH INTERNATIONAL CORP.**   ) | |
| **and**                     ) | |
| **ALKU TECHNOLOGIES, LLC**      ) | |
|                     ) | |
|      *Defendants*.      ) | |
|                     ) | |

## ORDER

This matter comes before the Court on Defendant ManTech International Corporation's Amended Consented To Motion to Extend Time to Respond to Complaint. Upon the consent of the parties and for good cause shown, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that Defendant shall file and serve its responsive pleadings to the Complaint on or before June 9, 2026.

Entered this ___ day of _____, 2026.

 

_____
Hon. Ivan D.. Davis
United States Magistrate Judge