**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |  |
|---|---|---|
| TERRELL D. DOUGLAS, | : | |
| | : | |
| *Plaintiff*, | : | |
| | : | Civil Action No. 1:26-cv-00741-PTG-IDD |
| v. | : | |
| | : | |
| MANTECH INTERNATIONAL CORP., *et al.* | : | |
| | : | |
| *Defendants*. | : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrew K. Clark, Esq. of Hirschler Fleischer, P.C., is hereby entering an appearance as counsel of record for Defendant ALKU Technologies, LLC, in the above-captioned action.

Date: May 26, 2026

Respectfully submitted,

*/s/ Andrew K. Clark*
Andrew K. Clark, Esq. (VSB No. 45269)
HIRSCHLER FLEISCHER
A Professional Corporation
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
E-mail: aclark@hirschlerlaw.com

*Counsel for Defendant*
*ALKU Technologies, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2026, I filed the foregoing using the CM/ECF

electronic filing system, which sent a copy of the foregoing via email to the following counsel of

record:

Andrew O. Clarke, Esq. (VSB No. 87395)
DISTRICT LEGAL GROUP, PLLC
163 Waterfront Street, Suite 440
National Harbor, MD 20745
Telephone: (202) 780-9144
E-mail: aclarke@districtlegalgroup.com

*Counsel for Plaintiff Terrell D. Douglas*


Edward Lee Isler, Esq. (VSB No. 27985)
Micah E. Ticatch, Esq. (VSB No. 93351)
John W.H. Harding, Esq. (VSB No. 87602)
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Telephone: (703) 748-2690
Facsimile: (703) 748-2695
E-mail: eisler@islerdare.com
        mticatch@islerdare.com
        jharding@islerdare.com

*Counsel for Defendant*
*ManTech International Corporation*

                                        /s/ Andrew K. Clark
                                        Andrew K. Clark, Esq. (VSB No. 45269)
                                        HIRSCHLER FLEISCHER, P.C.
                                        The Edgeworth Building
                                        2100 East Cary Street
                                        Post Office Box 500
                                        Richmond, Virginia 23218-0500
                                        Telephone: (804) 771-9500
                                        Facsimile: (804) 644-0957
                                        E-mail: aclark@hirschlerlaw.com

                                        *Counsel for Defendant*
                                        *ALKU Technologies, LLC*

2