**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**TERRELL D. DOUGLAS,**
6071 Otterbein Lane Apt. 410
Ellicott City, Maryland 21043

        Plaintiff,

        v.                    Civil No. 1:26-cv-00741-PTG-IDD

**MANTECH INTERNATIONAL CORP.**
2251 Corporate Park Drive
Herndon, Virginia 20171

**AKLU TECHNOLOGIES, LLC**
100 Brickstone Square
Suite 400
Andover, MA 01810

        Defendants.

**DEFENDANT ALKU TECHNOLOGIES, LLC'S CONSENTED
TO MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant ALKU Technologies, LLC ("ALKU"),[1] by counsel, respectfully moves the Court for entry of an Order extending the time for ALKU to respond to the Complaint (ECF # 1) filed by Plaintiff Terrell D. Douglas.  In support of this Motion, ALKU states the following:

1.      Plaintiff filed the Complaint with this Court on March 19, 2026.

2.      On May 8, 2026, Plaintiff served the Complaint and Summons via certified mail upon ALKU's registered agent, Corporation Service Company.  Consequently, ALKU must file and serve its responsive pleading to the Complaint on or before May 29, 2026.

---

[1] ALKU is inaccurately referenced in the Complaint at times as "AKLU" Technologies, LLC.

4933-4281-1310.v1

3.     Undersigned counsel were retained last week and are diligently working to investigate Plaintiff's allegations.  However, Plaintiff's location of employment was not at ALKU, but rather at co-defendant ManTech International Corp.'s ("ManTech") premises and the Complaint makes allegations of conduct by individuals who were not employees of ALKU. Accordingly, ALKU needs additional time to investigate the allegations about what transpired during Plaintiff's time working for ALKU at ManTech, which spanned from January 2024 through July 2024, the alleged statements and communications made in May 2024, and Plaintiff's job performance thereafter, and then prepare ALKU's responsive pleading.

4.     Counsel for Plaintiff has consented to the filing of this Motion for a 14-day extension of time by which ALKU must file and serve its responsive pleadings (until Friday, June 12, 2026).

5.     ALKU has not previously filed a motion to extend the time to file responsive pleadings in this matter.

6.     Granting this Motion will not delay the efficient and timely adjudication of this action and will not prejudice any party.   No pre-trial dates have been set at this time.

7.     This Motion is made in good faith and not for the purposes of delay.

8.     The parties waive oral argument on this Motion.

WHEREFORE, Defendant ALKU Technologies, LLC,[2] by counsel, moves the Court to issue an order setting June 12, 2026, as the date by which ALKU must file and serve its responsive pleading.  A proposed Order is being filed simultaneously.

---

[2]   ALKU is preparing and will promptly file with the Court its Financial Interest Disclosure Statement.

- 2 -

4933-4281-1310.v1

Dated:  May 26, 2026

Respectfully submitted,

By: */s/ Andrew K. Clark*
      Counsel

Andrew K. Clark, Esq. (VSB No. 45269)
HIRSCHLER FLEISCHER
A Professional Corporation
The Edgeworth Building
2100 East Cary Street (23223)
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9514
Facsimile: (804) 644-0957
E-mail:  aclark@hirschlerlaw.com

Alexander P. Faig, Esq. (VSB 96248)
HIRSCHLER FLEISCHER
A Professional Corporation
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
E-mail: afaig@hirschlerlaw.com

*Counsel for Defendant ALKU Technologies, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26th, 2026, the foregoing Defendant ALKU Technologies LLC's Consented to Motion to Extend Time to Respond to Complaint was filed electronically with the Clerk of this Court using the CM/ECF system, which will send a notice of electronic filing to all registered counsel of record.

Respectfully submitted,

*/s/ Andrew K. Clark*
Andrew K. Clark, Esq. (VSB No. 45269)
HIRSCHLER FLEISCHER
A Professional Corporation
The Edgeworth Building
2100 East Cary Street (23223)
Post Office Box 500

- 3 -

4933-4281-1310.v1

Richmond, Virginia  23218-0500
Telephone: (804) 771-9514
Facsimile: (804) 644-0957
E-mail:  aclark@hirschlerlaw.com

*Counsel for Defendant AKLU Technologies, LLC*

- 4 -

4933-4281-1310.v1