UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**TERRELL D. DOUGLAS**,
6071 Otterbein Lane Apt. 410
Ellicott City, Maryland 21043

        Plaintiff,

        v.                      Civil No. 1:26-cv-00741-PTG-IDD

**MANTECH INTERNATIONAL CORP.**
2251 Corporate Park Drive
Herndon, Virginia 20171

**AKLU TECHNOLOGIES, LLC**
100 Brickstone Square
Suite 400
Andover, MA 01810

        Defendants.

## [PROPOSED] ORDER

This matter comes before the Court on Defendant ALKU Technologies LLC's Consented

to Motion to Extend Time to Respond to Complaint.  Upon the consent of the parties and for

good cause shown, it is hereby

    **ORDERED** that Defendant's Motion is GRANTED; and it is further

    **ORDERED** that Defendant ALKU Technologies LLC shall file and serve its responsive

pleading to the Complaint on or before June 12, 2026.

Entered this ___ day of _____, 2026.

                         _____

                         Hon. Ivan D. Davis
                         United States Magistrate Judge