**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

_____

|  |  |  |
|---|---|---|
| | : | |
| TERRELL D. DOUGLAS, | : | |
| | : | |
| *Plaintiff*, | : | |
| | : | Civil Action No. 1:26-cv-00741-PTG-IDD |
| v. | : | |
| | : | |
| MANTECH INTERNATIONAL | : | |
| CORP., *et al*. | : | |
| | : | |
| *Defendants*. | : | |
| | : | |

_____

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexander P. Faig, Esq. of Hirschler Fleischer, P.C., is hereby entering an appearance as counsel of record for Defendant ALKU Technologies, LLC in the above-captioned action.

Date: May 26, 2026

Respectfully submitted,

*/s/ Alexander P. Faig*
Alexander P. Faig, Esq. (VSB 96248)
HIRSCHLER FLEISCHER
A Professional Corporation
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
E-mail: afaig@hirschlerlaw.com

*Counsel for Defendant*
*ALKU Technologies, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2026, I filed the foregoing using the CM/ECF

electronic filing system, which sent a copy of the foregoing via email to the following counsel of

record:

Andrew O. Clarke, Esq. (VSB No. 87395)
DISTRICT LEGAL GROUP, PLLC
163 Waterfront Street, Suite 440
National Harbor, MD 20745
Telephone: (202) 780-9144
E-mail: aclarke@districtlegalgroup.com

*Counsel for Plaintiff Terrell D. Douglas*


Edward Lee Isler, Esq. (VSB No. 27985)
Micah E. Ticatch, Esq. (VSB No. 93351)
John W.H. Harding, Esq. (VSB No. 87602)
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Telephone: (703) 748-2690
Facsimile: (703) 748-2695
E-mail: eisler@islerdare.com
          mticatch@islerdare.com
          jharding@islerdare.com

*Counsel for Defendant*
*ManTech International Corporation*


/s/ Alexander P. Faig
Alexander P. Faig, Esq. (VSB 96248)
HIRSCHLER FLEISCHER, P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
E-mail: afaig@hirschlerlaw.com

*Counsel for Defendant*
*ALKU Technologies, LLC*

2