**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **TERRELL D. DOUGLAS**                )<br>                                                )<br>        *Plaintiff*,                                )<br>                                                )<br>        v.                                         )<br>                                                )<br>**MANTECH INTERNATIONAL CORP.**   )<br>**and**                                           )<br>**ALKU TECHNOLOGIES, LLC**           )<br>                                                )<br>        *Defendants*.                            )<br>_____ ) | **No: 1:26-cv-00741-PTG-IDD** |

## ORDER

Upon consideration of Defendant ManTech International Corp.'s Motion to Dismiss ("Motion"), the memoranda submitted in support of and in opposition thereto, and argument, it is hereby:

ORDERED that the Motion be and is GRANTED; and it is further

ORDERED that the Complaint in this matter is dismissed with prejudice.

Dated: _____, 2026

Alexandria, Virginia

_____
Hon. Patricia T. Giles
United States District Court for the
Eastern District of Virginia

1