**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **TERRELL D. DOUGLAS**            ) | |
| ) | |
| *Plaintiff*,            ) | |
| ) | |
| **v.**            ) | **No: 1:26-cv-00741-PTG-IDD** |
| ) | |
| **MANTECH INTERNATIONAL CORP.** ) | |
| **and**            ) | |
| **ALKU TECHNOLOGIES, LLC**     ) | |
| ) | |
| *Defendants*.          ) | |
| ) | |

## NOTICE OF HEARING

Please take notice that on Thursday, July 2, 2026 at 10:00 a.m. or as soon thereafter as counsel may be heard, Defendant ManTech International Corporation ("ManTech"), through undersigned counsel, will appear before this Honorable Court, in the United States District Courthouse, 401 Courthouse Square, Alexandria, Virginia 22314, and request the Court to rule on Defendant ManTech's Motion to Dismiss.

Dated: May 26, 2026

                                          Respectfully submitted,

                                          */s/ Micah E. Ticatch*
                                          Edward Lee Isler, Va. Bar No. 27985
                                          Micah E. Ticatch, Va. Bar No. 83351
                                          John W. H. Harding, Va. Bar No. 87602
                                          ISLER DARE, P.C.
                                          1945 Old Gallows Road, Suite 650
                                          Vienna, Virginia 22182
                                          Phone: (703) 748-2690
                                          Facsimile: (703) 748-2695
                                          Email: eisler@islerdare.com
                                          Email: mticatch@islerdare.com
                                          Email: jharding@islerdare.com

                                          *Counsel for Defendant*
                                          *ManTech International Corporation*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of May 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

Andrew O. Clarke, Esq.
DISTRICT LEGAL GROUP, PLLC
163 Waterfront Street, Suite 440
National Harbor, MD 20745
Phone: (202) 780-9144
Email: aclarke@districtlegalgroup.com

*Counsel for Plaintiff*
*Terrell D. Douglas*

/s/ Micah E. Ticatch
Micah E. Ticatch
ISLER DARE, P.C.

*Counsel for Defendant*
*ManTech International Corporation*

2