IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| TERRELL D. DOUGLAS, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:26-cv-00741 (PTG/IDD) |
| | ) | |
| MANTECH INTERNATIONAL | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER**

This matter is before the Court on Defendant ManTech International Corporation's Amended Consented to Motion to Extend Time to Respond to Complaint [Dkt. No. 13] and Defendant Alku Technologies, LLC's Consented to Motion to Extend Time to Respond to Complaint [Dkt. No. 15] (collectively, "the Motions"). This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motions and for good cause shown, it is hereby

ORDERED that the Motions are **GRANTED.** Defendant ManTech International Corporation shall file an answer or otherwise respond to the Complaint no later than June 9, 2026. Defendant Alku Technologies, LLC shall file an answer or otherwise respond to the Complaint no later than June 12, 2026.

ENTERED this 27th day of May 2026.

_____/s/_____
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia