**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **TERRELL D. DOUGLAS,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | **CASE NO.: 1:26-cv-00741-PTG-IDD** |
| ) | |
| **MANTECH INTERNATIONAL CORP.** ) | |
| ) | |
| **and** ) | |
| ) | |
| **AKLU TECHNOLOGIES, LLC** ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**CONSENT MOTION TO EXTEND TIME TO FILE PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS**

COMES NOW, Plaintiff, Terrell D. Douglas (hereinafter "Plaintiff" or "Mr. Douglas"), by and through undersigned counsel, and respectfully moves this Court to allow an extension for Plaintiff's Opposition to Defendants' Motion to Dismiss. In support of this request the Plaintiff states the following:

1. Undersigned counsel has reviewed Defendants' Motion to Dismiss, and Plaintiff's Opposition is presently due on June 9, 2026.

2. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiff respectfully requests a brief extension of time to file his Opposition to Defendants' Motion to Dismiss. Fed. R. Civ. P. 6(b)(1)(A).

3. Undersigned counsel is presently engaged in a federal jury trial, creating unavoidable scheduling demands that constitute good cause for a brief extension under Rule 6(b)(1)(A). Fed. R. Civ. P. 6(b)(1)(A).

1

4. In light of these existing litigation obligations and scheduling constraints, Plaintiff respectfully requests a brief 3-day extension of time to file his Opposition until Friday, June 12, 2026.

5. The requested extension is brief, sought in good faith, and is not requested for purposes of delay. Moreover, the requested extension will not prejudice Defendant or materially impact the progress of this litigation. Rather, the additional time will allow Plaintiff to adequately prepare a complete and thorough response that will assist the Court in resolving the issues presented.

6. Counsel for the Defendants consented to this requested extension.

WHEREFORE, for these reasons for good cause, the Plaintiff respectfully requests that this Court grant this Motion and extend the deadline for Plaintiff's Opposition to Defendants' Motion to Dismiss to June 12, 2026, and for such other and further relief as the Court deems just and proper.

Date: June 9, 2026

PLAINTIFF
By Counsel

Respectfully Submitted,

*/s/ Andrew O. Clarke*
Andrew O. Clarke, Esquire
VA Bar ID: 87395
**DISTRICT LEGAL GROUP, PLLC**
163 Waterfront Street, Suite 440
National Harbor, MD 20745
T: 202.780.9144
E: aclarke@districtlegalgroup.com
*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June 2026, I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system, which automatically sends notification to the

following:

Edward Lee Isler, Esq.
Micah E. Ticatch, Esq.
John W. H. Harding, Esq.
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: eisler@islerdare.com
Email: mticatch@islerdare.com
Email: jharding@islerdare.com

*Counsel for Defendants*

/s/ Andrew O. Clarke
Andrew O. Clarke, Esquire
*Counsel for Plaintiff*

3