**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **TERRELL D. DOUGLAS,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| **v.** ) | **CASE NO.: 1:26-cv-00741-PTG-IDD** |
| ) | |
| **MANTECH INTERNATIONAL CORP.** ) | |
| ) | |
| **and** ) | |
| ) | |
| **AKLU TECHNOLOGIES, LLC** ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

**PROPOSED ORDER**

Upon consideration, of Plaintiff's Consent Motion to Extend Time to File Plaintiff's Opposition to Defendants' Motion to Dismiss and good cause shown, it is this _____ day of _____, 2026 hereby,

**ORDERED** that the Consent Motion to Extend Time is hereby **GRANTED**;

And further **ORDERED** that Plaintiff shall file and serve its Opposition to Defendants' Motion to Dismiss on or before June 12, 2026.

**SO ORDERED.**

_____
Hon. Ivan D. Davis
United States Magistrate Judge

1