**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **TERRELL D. DOUGLAS,** | |
| Plaintiff, | |
| v. | Civil No. 1:26-cv-00741-PTG-IDD |
| **MANTECH INTERNATIONAL CORP.** | |
| **AKLU TECHNOLOGIES, LLC** | |
| Defendants. | |

**DEFENDANT ALKU TECHNOLOGIES, LLC'S MOTION TO DISMISS**
**PLAINTIFF'S COMPLAINT**

Defendant ALKU Technologies, LLC ("ALKU"),[1] hereby moves for an Order dismissing

Plaintiff's Complaint (ECF No. 1) pursuant to Rule 12(b)(6).  In support of its motion, ALKU has

filed its Memorandum in Support of its Motion to Dismiss Plaintiff's Complaint.  Because

Plaintiff's allegations are insufficient to suggest discriminatory animus or severe or pervasive

conduct, Plaintiff failed to state a claim upon which relief can be granted, and Counts I, II, and III

of Plaintiff's Complaint should be dismissed with prejudice.  A proposed order is attached to this

motion.

---

[1] Plaintiff's Complaint uses inconsistent spelling of "AKLU" or "ALKU"; the correct spelling is "ALKU."  ALKU does not waive any defenses related to incorrect identification on Plaintiff's summons to ALKU or otherwise by filing this Motion.

- 1 -

4924-2156-9203.v1

Dated:  June 12, 2026

Respectfully submitted,

By: */s/ Andrew K. Clark*
        Counsel

Andrew K. Clark (VSB No. 45269)
HIRSCHLER FLEISCHER
A Professional Corporation
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
E-mail:  aclark@hirschlerlaw.com

Alexander P. Faig (VSB 96248)
HIRSCHLER FLEISCHER
A Professional Corporation
1676 International Drive, Suite 1350
Tysons, Virginia 22120
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email:  afaig@hirschlerlaw.com

Matthew C. Moschella (Admitted *Pro Hac Vice*)
Luke E. Colomey (Admitted *Pro Hac Vice*)
SHERIN AND LODGEN LLP
One Lincoln Street, 14th Floor
Boston, Massachusetts 02111
(617) 646-2000
mcmoschella@sherin.com
lecolomey@sherin.com

*Counsel for Defendant ALKU Technologies, LLC*

- 2 -

4924-2156-9203.v1

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, the foregoing Defendant ALKU Technologies LLC's Motion to Dismiss Plaintiff's Complaint was filed electronically with the Clerk of this Court using the CM/ECF system, which will send a notice of electronic filing to all registered counsel of record.

Respectfully submitted,

*/s/ Andrew K. Clark*
Andrew K. Clark, Esq. (VSB No. 45269)
HIRSCHLER FLEISCHER
A Professional Corporation
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
E-mail: aclark@hirschlerlaw.com

*Counsel for Defendant ALKU Technologies, LLC*

- 3 -

4924-2156-9203.v1