UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**TERRELL D. DOUGLAS**,

Plaintiff,

v.                                       Civil No. 1:26-cv-00741-PTG-IDD

**MANTECH INTERNATIONAL CORP.,**

**AKLU TECHNOLOGIES, LLC,**

Defendants.

## [PROPOSED] ORDER

This matter comes before the Court on Defendant ALKU Technologies, LLC's Motion to

Dismiss Plaintiff's Complaint (the "Motion").  Upon consideration of the Motion, any related

memoranda and opposition, and argument, it is hereby:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that Plaintiff's Complaint in this matter is dismissed with prejudice.

Entered this ___ day of _____, 2026.

_____
Hon. Patricia T. Giles
United States District Court for the
Eastern District of Virgina