**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| TERRELL D. DOUGLAS, | : | |
| | : | |
| *Plaintiff*, | : | |
| | : | Civil Action No. 1:26-cv-00741-PTG-IDD |
| v. | : | |
| | : | |
| MANTECH INTERNATIONAL CORP., *et al*. | : | |
| | : | |
| *Defendants*. | : | |
| | : | |

<u>**NOTICE OF HEARING**</u>

PLEASE TAKE NOTICE that on July 2, 2026, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant ALKU Technologies, LLC, by counsel, will bring on for hearing its Motion to Dismiss (ECF No. 27).

Date: June 12, 2026

Respectfully submitted,

By: */s/ Andrew K. Clark*
        Counsel

Andrew K. Clark (VSB No. 45269)
HIRSCHLER FLEISCHER
A Professional Corporation
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
E-mail: aclark@hirschlerlaw.com

Alexander P. Faig (VSB 96248)
HIRSCHLER FLEISCHER
A Professional Corporation
1676 International Drive, Suite 1350
Tysons, Virginia 22120
Telephone: (703) 584-8900

Facsimile: (703) 584-8901
Email:  afaig@hirschlerlaw.com

Matthew C. Moschella (Admitted *Pro Hac Vice*)
Luke E. Colomey (Admitted *Pro Hac Vice*)
SHERIN AND LODGEN LLP
One Lincoln Street, 14th Floor
Boston, Massachusetts 02111
(617) 646-2000
mcmoschella@sherin.com
lecolomey@sherin.com

*Counsel for Defendant ALKU Technologies, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of June, 2026, I filed the foregoing using the CM/ECF

electronic filing system, which sent a copy of the foregoing via email to the following counsel of

record:

Andrew O. Clarke, Esq. (VSB No. 87395)
DISTRICT LEGAL GROUP, PLLC
163 Waterfront Street, Suite 440
National Harbor, MD 20745
Telephone: (202) 780-9144
E-mail: aclarke@districtlegalgroup.com

*Counsel for Plaintiff Terrell D. Douglas*


Edward Lee Isler, Esq. (VSB No. 27985)
Micah E. Ticatch, Esq. (VSB No. 93351)
John W.H. Harding, Esq. (VSB No. 87602)
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Telephone: (703) 748-2690
Facsimile: (703) 748-2695
E-mail: eisler@islerdare.com
          mticatch@islerdare.com
          jharding@islerdare.com

*Counsel for Defendant*
*ManTech International Corporation*

2

*/s/ Andrew K. Clark*
Andrew K. Clark, Esq. (VSB No. 45269)
HIRSCHLER FLEISCHER
A Professional Corporation
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
E-mail:  aclark@hirschlerlaw.com

*Counsel for Defendant ALKU Technologies, LLC*

3