**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **TERRELL D. DOUGLAS,** )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>**MANTECH INTERNATIONAL CORP.** )<br>)<br>**and** )<br>)<br>**ALKU TECHNOLOGIES, LLC** )<br>)<br>*Defendants*. )<br>) | **CASE NO.: 1:26-cv-00741-PTG-IDD** |

## CONSENT MOTION TO EXTEND TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT, ALKU TECHNOLOGIES, LLC'S MOTION TO DISMISS AND TO CONTINUE HEARING

Plaintiff, Terrell D. Douglas ("Plaintiff" or "Mr. Douglas"), by undersigned counsel, respectfully submits this Consent Motion to Extend Time to File Plaintiff's Opposition to Defendant, ALKU Technologies, LLC's ("Defendant," "ALKU") Motion to Dismiss, and to continue the motions hearing. In support thereof Plaintiff states as follows:

1. On June 12, 2026, Defendant ALKU Technologies, LLC filed its Motion to Dismiss Plaintiff's Complaint.

2. ALKU noticed that motion for hearing on July 2, 2026, at 10:00 a.m.

3. Plaintiff's Opposition is presently due on June 26, 2026.

4. Counsel for Plaintiff respectfully requests a brief extension through and including July 7, 2026, to file his Opposition, as undersigned counsel recently concluded a federal

1

jury trial and requires additional time to prepare the Opposition, particularly in light of the office closure during the recent federal holiday.

5. Counsel for Defendant ALKU has consented to this requested extension, and the parties further consented to Defendant ALKU's reply to be due on July 14, 2026.

6. The other Defendant in this matter, ManTech International Corp., filed a Motion to Dismiss on May 26, 2026 and Plaintiff filed their Opposition thereto on June 12, 2026.

7. Plaintiff further requests that the hearing on the Defendants Motions to Dismiss be continued from July 2, 2026 to August 13, 2026.

8. Counsel for Defendant ALKU and counsel for Defendant ManTech International Corp. have consented to the requested change of hearing date.

9. The requested continuance is necessary because Plaintiff's counsel is unavailable on July 2, 2026, due to previously scheduled holiday travel. In addition, a continuance will provide Plaintiff sufficient time to respond to both Defendants' motions and afford Defendants adequate time to file any replies before the hearing. Further, due to conflicting schedules during July and the beginning of August, counsel for all parties are unavailable for a motions hearing until August 13, 2026. This modest extension will ensure that the briefing is complete and will assist the Court by providing the benefit of all parties' arguments and a fully developed record for a productive and efficient motions hearing.

10. The requested extension and continuance are made in good faith, are not sought for purposes of delay, and will assist counsel in providing the Court with a complete submission.

11. Good cause exists for the requested extension and continuance

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion, extend Plaintiff's deadline to file his Opposition to Defendant ALKU Technologies, LLC's Motion to Dismiss to July 7, 2026, set Defendant ALKU's reply deadline for July 14, 2026, continue the hearing on Defendants' Motions to Dismiss from July 2, 2026 to August 13, 2026, and grant such other and further relief as the Court deems just and proper.

Date: June 24, 2026                           PLAINTIFF
                                              By Counsel


                                      Respectfully Submitted,

                                      /s/ Andrew O. Clarke
                                      Andrew O. Clarke, Esquire
                                      VA Bar ID: 87395
                                      **DISTRICT LEGAL GROUP, PLLC**
                                      163 Waterfront Street, Suite 440
                                      National Harbor, MD 20745
                                      T: 202.780.9144
                                      E: aclarke@districtlegalgroup.com
                                      *Counsel for Plaintiff*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June 2026, I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system, which automatically sends notification to the

following:

Andrew K. Clark, Esq.
Alexander P. Faig, Esq.
     HIRSCHLER FLEISCHER
     The Edgeworth Building
     2100 East Cary Street
     Richmond, Virginia 23223
     Telephone: (804) 771-9500
     Facsimile: (804) 644-0957
     E-mail: aclark@hirschlerlaw.com
     Email: afaig@hirschlerlaw.com
Matthew C. Moschella (Admitted Pro Hac Vice)
Luke E. Colomey (Admitted Pro Hac Vice)
SHERIN AND LODGEN LLP
One Lincoln Street, 14th Floor
Boston, Massachusetts 02111
(617) 646-2000
     Email: mcmoschella@sherin.com
     Email: lecolomey@sherin.com
*Counsel for Defendant ALKU Technologies, LLC*

Edward Lee Isler, Esq.
Micah E. Ticatch, Esq.
John W. H. Harding, Esq.
     ISLER DARE, P.C.
     1945 Old Gallows Road, Suite 650
     Vienna, Virginia 22182
     Phone: (703) 748-2690
     Facsimile: (703) 748-2695
     Email: eisler@islerdare.com
     Email: mticatch@islerdare.com
     Email: jharding@islerdare.com
*Counsel for Defendant ManTech*

/s/ Andrew O. Clarke
Andrew O. Clarke, Esquire
*Counsel for Plaintiff*