**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| TERRELL D. DOUGLAS, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:26-cv-00741-PTG-IDD |
| | ) | |
| MANTECH INTERNATIONAL CORP. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ALKU TECHNOLOGIES, LLC | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**PROPOSED ORDER**

Upon consideration, of Plaintiffs' Consent Motion to Extend Time to File Plaintiff's Opposition to Defendant ALKU Technologies, LLC's Motion to Dismiss and to Continue Hearing, and good cause shown, it is this _____ day of _____, 2026 hereby, **ORDERED** that the Consent Motion to Extend Time is hereby **GRANTED**;

And further **ORDERED** that the new Briefing Schedule is as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff's Opposition | June 26, 2026 | July 7, 2026 |
| Defendant ALKU'S Reply | | July 14, 2026 |

And further **ORDERED** that the Motions Hearing presently set for July 2, 2026 is continued to **August 13, 2026**.

**SO ORDERED.**

_____
Hon. Patricia T. Giles, U.S. District Court for the
Eastern District of Virginia

1