IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

|  |  |  |
|---|---|---|
| TERRELL D. DOUGLAS, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:26-cv-00741-PTG-IDD |
| | ) | |
| MANTECH INTERNATIONAL CORP. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ALKU TECHNOLOGIES, LLC | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**ORDER**

Upon consideration, of Plaintiffs' Consent Motion to Extend Time to File Plaintiff's Opposition to Defendant ALKU Technologies, LLC's Motion to Dismiss and to Continue Hearing, and good cause shown, it is this *26th* day of _____June_____, 2026 hereby, **ORDERED** that the Consent Motion to Extend Time is hereby **GRANTED**;

And further **ORDERED** that the new Briefing Schedule is as follows:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Plaintiff's Opposition | June 26, 2026 | July 7, 2026 |
| Defendant ALKU'S Reply | | July 14, 2026 |

And further **ORDERED** that the Motions Hearing presently set for July 2, 2026 is continued to **August 13, 2026.**

**SO ORDERED.**

_____ /s/
Patricia Tolliver Giles
United States District Judge