**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |  |
|---|---|---|
| **TERRELL D. DOUGLAS,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **CASE NO.: 1:26-cv-00741-PTG-IDD** |
| | ) | |
| **MANTECH INTERNATIONAL CORP.** | ) | |
| | ) | |
| And | ) | |
| | ) | |
| **ALKU TECHNOLOGIES, LLC** | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## PROPOSED ORDER

Upon consideration, of Defendants' Motion to Dismiss, Plaintiff's Opposition thereto, and good cause shown, it is this _____ day of _____, 2026 hereby,

**ORDERED** that the Defendant ALKU Technologies, LLC's Motion to Dismiss is hereby **DENIED**.

**SO ORDERED.**

_____
Hon. Ivan D. Davis
United States Magistrate Judge