**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

TERRELL D. DOUGLAS          :
    Plaintiff,              :
v.                      :      Case No.: 1:26-cv-00741-PTG-IDD
                        :

MANTECH INTERNATIONAL CORP.
AKLU TECHNOLOGIES, LLC.     :
                        :
    Defendants.           :

## NOTICE OF APPEARANCE

Will the Clerk of this Court kindly note the appearance of Chavioleyette Fenelus, Esquire, as retained counsel on behalf of Defendant Terrell Douglas, in the case mentioned above.

*/s/ Chavioleyette Fenelus*
Tax Controversy & Estate Planning Attorney
VA Bar # 100368
DISTRICT LEGAL GROUP, PLLC
163 Waterfront Street, Suite 440
National Harbor, MD 20745
Chay@DistrictLegalGroup.com
(202)780-9144 (office)
(703) 828-7630 (Cell)
Schedule a Follow-Up Meeting
www.districtlegalgroup.com
*Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on August 4, 2026, a true copy of the foregoing was filed electronically with the Clerk of this Court using the CM/ECF system, which will send a notice of electronic filing to all registered counsel of record.

                                         */s/ Chavioleyette Fenelus*
                                         *Attorney for Plaintiff*