# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

**TERRELL D. DOUGLAS,**
6071 Otterbein Lane Apt. 410
Ellicott City, Maryland 21043

Plaintiff,

v.                                                    Civil No. 1:26-cv-00741-PTG-IDD

**MANTECH INTERNATIONAL CORP.**
2251 Corporate Park Drive
Herndon, Virginia 20171

**AKLU TECHNOLOGIES, LLC**
100 Brickstone Square
Suite 400
Andover, MA 01810

Defendants.

### DEFENDANT ALKU TECHNOLOGIES, LLC'S RULE 7.1 DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Defendant ALKU Technologies, LLC, by and through undersigned counsel and in accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.1, states that no publicly held entity (corporate or otherwise) owns 10% or more of ALKU Technologies, LLC's stock.

ALKU Technologies, LLC is a Massachusetts limited liability company. ALKU, LLC, also a Massachusetts limited liability company, and HCM Employer Blocker, LLC (a Delaware limited liability company) are the members of ALKU Technologies, LLC. The members of ALKU, LLC and HCM Employer Blocker, LLC, and the members of those member entities, are all Delaware limited liability companies, specifically:

- ALKU Intermediate Holdings, LLC;
- ALKU Holdco II, LLC;
- ALKU Holdco I, LLC;

- ALKU Holdings, LLC;
- HCM Blocker, LLC;
- ALKU Equity Holdings, LLC;
- HCM Flow-Through Aggregator 2, LLC;
- HCM Flow-Through Aggregator, LLC;
- New Mountain Partners VI (AIV-J), L.P.; and
- FFL V ALKU UNBLKD Aggregator, LLC.

Dated:  August 12, 2026                    Respectfully submitted,

By: */s/ Andrew K. Clark*
      Counsel

Andrew K. Clark (VSB No. 45269)
HIRSCHLER FLEISCHER
A Professional Corporation
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
E-mail:  aclark@hirschlerlaw.com

Alexander P. Faig (VSB 96248)
HIRSCHLER FLEISCHER
A Professional Corporation
1676 International Drive, Suite 1350
Tysons, Virginia 22120
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email:  afaig@hirschlerlaw.com

Matthew C. Moschella (Admitted *Pro Hac Vice*)
Luke E. Colomey (Admitted *Pro Hac Vice*)
SHERIN AND LODGEN LLP
One Lincoln Street, 14th Floor
Boston, Massachusetts 02111
(617) 646-2000
mcmoschella@sherin.com
lecolomey@sherin.com

*Counsel for Defendant ALKU Technologies, LLC*

- 2 -

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 12, 2026, the foregoing Defendant ALKU Technologies, LLC's Rule 7.1 Disclosure of Corporate Affiliations and Financial Interests was filed electronically with the Clerk of this Court using the CM/ECF system, which will send a notice of electronic filing to all registered counsel of record.

Respectfully submitted,

*/s/ Andrew K. Clark*
Andrew K. Clark, Esq. (VSB No. 45269)
HIRSCHLER FLEISCHER
A Professional Corporation
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
E-mail: aclark@hirschlerlaw.com

*Counsel for Defendant ALKU Technologies, LLC*

- 3 -