# UNITED STATES DISTRICT COURT
# CIVIL MOTION HEARING MINUTES

Date: **08/13/2026**                              Judge: **Patricia Tolliver Giles**
Time: 11:18 a.m. – 11:38 a.m.                  Reporter: R. Stonestreet

Civil Action Number: **1:26-cv-00741-PTG-IDD**

**Terrell D. Douglas,**

**Plaintiff,**

**V.**

**ManTech International Corp., et al.,**

**Defendants.**

Appearances of Counsel for Plaintiff and Counsel for Defendants'.

| Counsel for Plaintiff<br>**Chavioleyette Fenelus** | Counsel for Defendant ManTech International Corp.<br>**Micah Ticatch**<br><br>Counsel for Defendant Aklu Technologies, LLC<br>**Andrew Clark**<br>**Matthew Moschella (phv)** |
|---|---|

MOTION TO/FOR:
[18] MOTION to Dismiss for Failure to State a Claim by ManTech International Corp.

**MATTER ARGUED AND GRANTED -**

[27] MOTION to Dismiss by Aklu Technologies, LLC.

**MATTER ARGUED AND GRANTED –**
**ORDER TO FOLLOW/ENTER.**

**Plaintiff given leave to amend within twenty-one (21) days.**