IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

TERRELL D. DOUGLAS,                    )
                                       )
            *Plaintiff,*                )
                                       )
    v.                                 )        Case No. 1:26-cv-741 (PTG/IDD)
                                       )
MANTECH INTERNATIONAL CORP., *et al.,*  )
                                       )
            *Defendants.*               )
                                       )

## ORDER

This matter comes before the Court on Defendants' Motion to Dismiss.  Dkts. 18, 27.  On August 13, 2026, the Court conducted a hearing on the matter.  For the reasons stated from the bench, it is hereby

**ORDERED** that Defendants' Motion to Dismiss (Dkts. 18, 27) are **GRANTED** without prejudice; and it is further

**ORDERED** that Plaintiff is granted leave to amend within twenty-one (21) days of this order.

Entered this 13th day of August, 2026.
Alexandria, Virginia

_____ /s/
Patricia Tolliver Giles
United States District Judge