AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

TERRELL D. DOUGLAS
*Plaintiff*
v.
MANTECH INTERNATIONAL CORP. et al.
*Defendant*

Case No. 1:26-cv-00741-PTG-IDD

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TERRELL D. DOUGLAS .

Date: 09/16/2026

/s/Lucrecia P. Johnson
*Attorney's signature*

Lucrecia P. Johnson, Esq. VSB 96310
*Printed name and bar number*

853 New Jersey Ave SE, Suite 200
Washington, DC 20003
*Address*

lucrecia@lpjlegal.com
*E-mail address*

(202) 643-6211
*Telephone number*

(202) 455-8921
*FAX number*

Print Save As... Reset