**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| **TERRELL D. DOUGLAS,**<br>6071 Otterbein Lane Apt. 410<br>Ellicott City, Maryland 21043<br><br>***PLAINTIFF*,**<br><br>**v.**<br><br>**MANTECH INTERNATIONAL CORP.**<br>2251 Corporate Park Drive<br>Herndon, Virginia 20171<br><br>**AKLU TECHNOLOGIES, LLC.**<br>100 Brickstone Square<br>Suite 400<br>Andover, MA 01810<br><br>***DEFENDANTS.*** | ) | **CASE NO.: 1:26-cv-00741-PTG-IDD** |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF CHAVIOLEYETTE S. FENELUS**

PLEASE TAKE NOTICE that Chavioleyette S. Fenelus withdraws her appearance as counsel for Plaintiff Terrell D. Douglas, effective September 16, 2026.

Andrew O. Clarke remains counsel of record for Plaintiff. Accordingly, Plaintiff will remain represented following undersigned counsel's withdrawal.

Date Submitted: September 16, 2026

Respectfully submitted,

TERRELL D. DOUGLAS
By Counsel

*/s/ Andrew O. Clarke*

Andrew O. Clarke, Esquire
VA Bar ID: 87395
**DISTRICT LEGAL GROUP, PLLC**
163 Waterfront Street, Suite 440
National Harbor, MD 20745
T: 202.780.9144
E: aclarke@districtlegalgroup.com

*/s/Chavioleyette S. Fenelus*
Chavioleyette S. Fenelus
VA Bar ID: 100368
**DISTRICT LEGAL GROUP, PLLC**
163 Waterfront Street, Suite 440
National Harbor, MD 20745
T: 202.780.9144
E: chay@districtlegalgroup.com

## CERTIFICATE OF SERVICE

I certify that on September 16, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.