**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **TERRELL D. DOUGLAS**<br><br>***Plaintiff*,**<br><br>**v.**<br><br>**MANTECH INTERNATIONAL CORP.**<br>**and**<br>**ALKU TECHNOLOGIES, LLC**<br><br>***Defendants*.** | ) | **No: 1:26-cv-00741-PTG-IDD** |

**DEFENDANT MANTECH INTERNATIONAL CORPORATION'S MOTION TO DISMISS AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6), for the reasons stated in the concurrently filed Memorandum in Support, Defendant ManTech International Corporation ("ManTech") hereby moves for an Order dismissing Plaintiff's claims against ManTech in the Amended Complaint.

Dated: September 17, 2026

Respectfully submitted,

*/s/ Micah E. Ticatch*
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
John W. H. Harding, Va. Bar No. 87602
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: eisler@islerdare.com
Email: mticatch@islerdare.com
Email: jharding@islerdare.com

*Counsel for Defendant*
*ManTech International Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of September 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to all counsel of record.

*/s/ Micah E. Ticatch*
Micah E. Ticatch
ISLER DARE, P.C.

*Counsel for Defendant*
*ManTech International Corporation*