**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **TERRELL D. DOUGLAS** | ) | |
| | ) | |
| ***Plaintiff,*** | ) | |
| | ) | |
| **v.** | ) | **No: 1:26-cv-00741-PTG-IDD** |
| | ) | |
| **MANTECH INTERNATIONAL CORP.** | ) | |
| **and** | ) | |
| **ALKU TECHNOLOGIES, LLC** | ) | |
| | ) | |
| ***Defendants.*** | ) | |
| | ) | |

**ORDER**

Upon consideration of Defendant ManTech International Corp.'s Motion to Dismiss Amended Complaint ("Motion"), the memoranda submitted in support of and in opposition thereto, and argument, it is hereby:

ORDERED that the Motion be and is GRANTED; and it is further

ORDERED that each of the claims asserted against ManTech in the Amended Complaint in this matter are dismissed with prejudice.

Dated: ________________, 2026

Alexandria, Virginia

________________________________
Hon. Patricia T. Giles
United States District Court for the
Eastern District of Virginia