**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**TERRELL D. DOUGLAS,**

Plaintiff,

v.

Civil No. 1:26-cv-00741-PTG-IDD

**MANTECH INTERNATIONAL CORP.**

**AKLU TECHNOLOGIES, LLC**

Defendants.

**DEFENDANT ALKU TECHNOLOGIES, LLC'S**
**MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendant ALKU Technologies, LLC ("ALKU"), hereby moves for an Order dismissing all counts against ALKU in Plaintiff's Amended Complaint (ECF No. 40) (Counts II, III, and IV) pursuant to Rule 12(b)(6). ALKU has also filed a Memorandum in Support of its Motion to Dismiss Plaintiff's Amended Complaint. Plaintiff has failed to state a claim against ALKU upon which relief can be granted, and Counts II, III, and IV of Plaintiff's Amended Complaint should be dismissed with prejudice. A proposed order is attached to this motion.

Dated: September 17, 2026

Respectfully submitted,

By: <u>*/s/ Andrew K. Clark*</u>
Counsel

Andrew K. Clark (VSB No. 45269)
HIRSCHLER FLEISCHER
A Professional Corporation
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
E-mail: aclark@hirschlerlaw.com

Alexander P. Faig (VSB 96248)
HIRSCHLER FLEISCHER
A Professional Corporation
1676 International Drive, Suite 1350
Tysons, Virginia 22120
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: afaig@hirschlerlaw.com

Matthew C. Moschella (Admitted *Pro Hac Vice*)
Luke E. Colomey (Admitted *Pro Hac Vice*)
SHERIN AND LODGEN LLP
One Lincoln Street, 14th Floor
Boston, Massachusetts 02111
(617) 646-2000
mcmoschella@sherin.com
lecolomey@sherin.com

*Counsel for Defendant ALKU Technologies, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, the foregoing Defendant ALKU Technologies LLC's Motion to Dismiss Plaintiff's Amended Complaint was filed electronically with the Clerk of this Court using the CM/ECF system, which will send a notice of electronic filing to all registered counsel of record.

Respectfully submitted,

*/s/ Andrew K. Clark*
Andrew K. Clark, Esq. (VSB No. 45269)
HIRSCHLER FLEISCHER
A Professional Corporation
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
E-mail: aclark@hirschlerlaw.com

*Counsel for Defendant ALKU Technologies, LLC*