UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**TERRELL D. DOUGLAS**,
6071 Otterbein Lane Apt. 410
Ellicott City, Maryland 21043

Plaintiff,

v.

Civil No. 1:26-cv-00741-PTG-IDD

**MANTECH INTERNATIONAL CORP.**
2251 Corporate Park Drive
Herndon, Virginia 20171

**AKLU TECHNOLOGIES, LLC**
100 Brickstone Square
Suite 400
Andover, MA 01810

Defendants.

**[PROPOSED] ORDER**

This matter comes before the Court on Defendant ALKU Technologies, LLC's Motion to Dismiss Plaintiff's Amended Complaint (the "Motion"). Upon consideration of the Motion, any related memoranda and opposition, and argument, it is hereby:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that all Counts against ALKU Technologies, LLC in Plaintiff's Amended Complaint (Counts II, III, and IV) are dismissed with prejudice as to ALKU Technologies, LLC.

Entered this ___ day of _________, 2026.

_______________________
Hon. Patricia T. Giles
United States District Court for the
Eastern District of Virgina