**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| **TERRELL D. DOUGLAS,** | ) | |
| ***PLAINTIFF*,** | ) | |
| **v.** | ) | **CASE NO.: 1:26-cv-00741-PTG-IDD** |
| **MANTECH INTERNATIONAL CORP.** | ) | |
| **AKLU TECHNOLOGIES, LLC.** | ) | |
| ***DEFENDANTS*.** | ) | |

**MOTION TO WITHDRAW APPEARANCE OF**
**ANDREW O. CLARKE**
**AS COUNSEL FOR PLAINTIFF**

Pursuant to Local Civil Rule 83.1(G), Andrew O. Clarke, Esquire respectfully move for leave to withdraw his appearance as counsel for Plaintiff Terrell D. Douglas. In support of this Motion, counsel state as follows:

1. Mr. Clarke will be leaving District Legal Group, PLLC, effective October 2, 2026.
2. Because he is leaving District Legal Group, PLLC, he respectfully request leave to withdraw his appearance as counsel for Plaintiff.
3. Plaintiff has received reasonable notice of counsel's intended withdrawal and departure date.
4. Plaintiff has retained successor Counsel Lucrecia Johnson, Esquire.
5. The requested withdrawals are not sought for purposes of delay.

WHEREFORE, Andrew O. Clarke respectfully request that the Court enter the accompanying Proposed Order:

a. granting Mr. Clarke leave to withdraw;

b. directing the Clerk to terminate his appearance and remove him from all future electronic

notices; and

c. granting such other relief as the Court deems appropriate.

Date Submitted: September 28, 2026

Respectfully submitted,

TERRELL D. DOUGLAS
By Counsel

*/s/ Andrew O. Clarke*
Andrew O. Clarke, Esquire
VA Bar ID: 87395
**DISTRICT LEGAL GROUP, PLLC**
163 Waterfront Street, Suite 440
National Harbor, MD 20745
T: 202.780.9144
E: aclarke@districtlegalgroup.com

**CERTIFICATE OF SERVICE**

I certify that on September 28, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I further certify that a copy of the foregoing was provided to Plaintiff Terrell D. Douglas by email at the following address:

Terrell D. Douglas
6071 Otterbein Lane, Apartment 410
Ellicott City, Maryland 21043
Email: tddouglas1@gmail.com

*/s/ Andrew O. Clarke*
Andrew O. Clarke,