**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| **TERRELL D. DOUGLAS,** <br> ***PLAINTIFF*,** <br> **v.** <br> **MANTECH INTERNATIONAL CORP.** <br> **AKLU TECHNOLOGIES, LLC.** <br> ***DEFENDANTS.*** | **CASE NO.: 1:26-cv-00741-PTG-IDD** |

**ORDER GRANTING JOINT MOTION TO WITHDRAW APPEARANCES OF CHAVIOLEYETTE S. FENELUS AND ANDREW O. CLARKE AS COUNSEL FOR PLAINTIFF**

Upon consideration of the Joint Motion to Withdraw Appearance of Andrew O. Clarke, Esquire as Counsel for Plaintiff, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Andrew O. Clarke is permitted to withdraw as counsel for Plaintiff effective on the date of this Order; and it is further

ORDERED that the Clerk shall terminate each attorney's appearance and remove each attorney from future electronic notices upon the effective date of that attorney's withdrawal.

ENTERED this ___ day of ___________, 2026.

_______________________________
Honorable Patricia Tolliver Giles
United States District Judge