**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**TERRELL D. DOUGLAS,**

***PLAINTIFF*,**

**v.**

**MANTECH INTERNATIONAL CORP.,**
**Et al.**

***DEFENDANTS.***

**CASE NO.: 1:26-cv-00741-PTG-IDD**

**PLAINTIFF'S PARTIAL CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiff, by and through undersigned counsel, respectfully moves this Court for a (30)-day extension of time to respond to Defendant Aklu Technologies, LLC's ("Aklu") Motion to Dismiss and Defendant ManTech International Corp's ("ManTech" ) Motion to Dismiss. In support of this Motion, Plaintiff states as follows:

1. Undersigned Counsel represents Plaintiff Douglas in this matter and recently entered her appearance on September 16, 206.

2. Plaintiff's response to Defendant Aklu's and Defendant ManTech's Motions to Dismiss is currently due today, October 1, 2026.

3. Since the filing of the Amended Complaint, there have been significant changes in the composition of Plaintiff's legal team. Previous Lead Counsel, Attorney Andrew O. Clarke, has transitioned out of his firm. His Motion to Withdraw was granted on September 28, 2026, by this Honorable Court.

4. Additionally, Associate Attorney Chavioleyette Fenelus, who had been primarily responsible for handling this matter since the filing of the Amended Complaint, has also transitioned out of her firm. Her Notice of Withdrawal was filed on September 16, 2026.

5. As undersigned counsel recently entered her appearance in this matter, she is getting acquainted with the facts of the case and thus requests more time to sufficiently review the matter to adequately prepare responses to both Motions.

6. Plaintiff respectfully submits that the requested thirty (30)-day extension is reasonable and necessary to ensure that Plaintiff is afforded a meaningful opportunity to respond to Defendants' Motions to Dismiss and that the matter may proceed efficiently.

7. This request is made in good faith, and no parties will be prejudiced by this request.

8. Accordingly, Plaintiff respectfully requests that the Court extend the deadline for Plaintiff's response to Defendants' Motions to Dismiss by thirty (30) days, through and including October 31, 2026, or such other date as the Court deems appropriate.

9. Plaintiffs attempted to obtain consent from Counsel for both Defendants. Counsel for Aklu has consented to the relief requested in this Motion. At the time of this filing, Counsel for ManTech has not yet responded.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting Plaintiff a thirty (30)-day extension of time to respond to Defendants' Motion to Dismiss, together with such other and further relief as the Court deems just and proper.

October 1, 2026

Respectfully submitted,

/s/ Lucrecia P. Johnson
Lucrecia P. Johnson, Esq.
VSB 96310
LPJ Legal, PLLC
853 New Jersey Ave SE, Suite 200
Washington, DC 20003
202-643-6211
lucrecia@lpjlegal.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October 2026, I served a copy of the foregoing via the CM/ECF system, to Defendants, via their Counsel of Record, to:

**Edward Lee Isler**
**John Webster Hunter Harding**
**Micah Ephram Ticatch**
Isler Dare PC
1945 Old Gallows Road, Suite 650
Vienna, VA 22182
eisler@islerdare.com
jharding@islerdare.com
mticatch@islerdare.com
*Counsel for ManTech*

and

**Alexander Phillip Faig**
**Andrew Kurt Clark**
Hirschler Fleischer
1676 International Drive, Ste 1350
Tysons, VA 22120
afaig@hirschlerlaw.com
aclark@hirschlerlaw.com

**Luke Edward Colomey**
**Matthew C Moschella**
Sherin and Logden LLP
One Lincoln Street, 14th Floor
Boston, MA 02111
lecolomey@sherin.com
mcmoschella@sherin.com
*PRO HAC VICE*
*Counsel for Aklu*

/s/ Lucrecia P. Johnson
Lucrecia P. Johnson, Esq.