**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**TERRELL D. DOUGLAS,**

***PLAINTIFF*,**

**v.**

**MANTECH INTERNATIONAL CORP., Et al.**

***DEFENDANTS.***

**CASE NO.: 1:26-cv-00741-PTG-IDD**

## NOTICE OF WAIVER OF ORAL ARGUMENT

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7, Terrell D. Douglas who is the Plaintiff, hereby waives oral argument on Plaintiff's Motion for Extension of Time to Respond to Defendants' Motions to Dismiss.

Respectfully submitted,

/s/ Lucrecia P. Johnson
Lucrecia P. Johnson, Esq.
VSB 96310
LPJ Legal PLLC
853 New Jersey Ave SE, Suite 200
Washington, DC 20003
202-643-6211
lucrecia@lpjlegal.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October 2026, I served a copy of the foregoing via the CM/ECF system, to Defendants, via their Counsel of Record, to:

**Edward Lee Isler**
**John Webster Hunter Harding**
**Micah Ephram Ticatch**
Isler Dare PC
1945 Old Gallows Road, Suite 650

Vienna, VA 22182
eisler@islerdare.com
jharding@islerdare.com
mticatch@islerdare.com
*Counsel for ManTech*

and

**Alexander Phillip Faig**
**Andrew Kurt Clark**
Hirschler Fleischer
1676 International Drive, Ste 1350
Tysons, VA 22120
afaig@hirschlerlaw.com
aclark@hirschlerlaw.com

**Luke Edward Colomey**
**Matthew C Moschella**
Sherin and Logden LLP
One Lincoln Street, 14th Floor
Boston, MA 02111
lecolomey@sherin.com
mcmoschella@sherin.com
*PRO HAC VICE*
*Counsel for Aklu*

/s/ Lucrecia P. Johnson
Lucrecia P. Johnson, Esq.