**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **TERRELL D. DOUGLAS**<br><br>***Plaintiff*,**<br><br>**v.**<br><br>**MANTECH INTERNATIONAL CORP.**<br>**and**<br>**ALKU TECHNOLOGIES, LLC**<br><br>***Defendants*.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No: 1:26-cv-00741-PTG-IDD** |

**DEFENDANT MANTECH'S NOTICE OF NON-OPPOSITION**

Defendant ManTech International Corporation ("ManTech"), by counsel, hereby provides notice of its non-opposition to Plaintiff's Partial Consent Motion for Extension of Time to Respond to Defendant's Motion to Dismiss (Dkt. 51) (the "Extension Motion"). ManTech notes the following:

1. Plaintiff filed his Amended Complaint on September 03, 2026. (Dkt. 40).

2. On September 17, 2026, ManTech moved to dismiss the Amended Complaint. (Dkt 43).

3. On October 1, 2026, at 5:30 p.m., Plaintiff's Counsel sent an email to undersigned requesting ManTech's consent for a 30-day extension to respond to the Motion to Dismiss.

4. Thirty minutes later, before ManTech could respond, Plaintiff filed his Extension Motion.

5. Within ten minutes of the Extension Motion (and within 40 minutes of Plaintiff's request) ManTech notified Plaintiff that it did not oppose the Extension Motion.

6. Because it appears that ManTech's position was not conveyed to the Court, it submits this Notice to avoid any confusion.

Dated: October 6, 2026

Respectfully submitted,

*<u>/s/ John W. H. Harding</u>*
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
John W. H. Harding, Va. Bar No. 87602
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: eisler@islerdare.com
Email: mticatch@islerdare.com
Email: jharding@islerdare.com

*Counsel for Defendant*
*ManTech International Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of October 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

Lucrecia P. Johnson, Esq.
LPJ Legal, PLLC
853 New Jersey Ave SE, Suite 200
Washington, DC 20003
Phone: (202) 643-6211
Email: lucrecia@lpjlegal.com

*Counsel for Plaintiff*
*Terrell D. Douglas*

*/s/ John W. H. Harding*
John W. H. Harding, Va. Bar No. 87602
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: jharding@islerdare.com

*Counsel for Defendant*
*ManTech International Corporation*