**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**TERRELL D. DOUGLAS,**

***PLAINTIFF,***

**v.**

**MANTECH INTERNATIONAL CORP., Et al.**

***DEFENDANTS.***

**CASE NO.: 1:26-cv-00741-PTG-IDD**

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**

Upon consideration of Plaintiff's Motion for Extension of Time to Respond to Defendants' Motions to Dismiss, and for good cause shown, it is hereby:

**ORDERED**, that Plaintiff's Motion is **GRANTED**; and it is further

**ORDERED**, that Plaintiff Douglas shall have until **October 31, 2026**, to file a response to Defendants' Motions to Dismiss.

Entered this 9th day of October, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge