**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| TERRELL D. DOUGLAS,<br><br>*Plaintiff,*<br><br>v.<br><br>MANTECH INTERNATIONAL CORP., *et. al.,*<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:26-cv-741 (PTG/IDD) |

**ORDER**

This matter is before the Court on Defendants' Motion to Dismiss ("Motions"). Dkts. 43, 46. Plaintiff is proceeding *pro se*. Defendants noticed a hearing on the Motions for October 29, 2026, at 10:00 a.m. On October 9, 2026, the Court granted Plaintiff's Motion for Extension of Time to File Response. Dkt. 54. Plaintiff has until October 31, 2026, to file a response to Defendants' Motion to dismiss. *Id.* Accordingly, it is hereby

**ORDERED** that the hearing scheduled for October 29, 2026, at 10:00 a.m. is **TERMINATED**.

Entered this 19th day of October, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge