**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| TERRELL D. DOUGLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 1:26-cv-00741-PTG-IDD |
| | ) | |
| MANTECH INTERNATIONAL CORPORATION | ) | |
| and | ) | |
| ALKU TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

***Partial* CONSENT MOTION TO SUBSTITUTE COUNSEL FOR PLAINTIFF AND TO EXTEND TIME FOR PLAINTIFF TO OPPOSE DEFENDANTS' RULE 12(b)(6) MOTIONS, WITH INCORPORATED MEMORANDUM IN SUPPORT**

Plaintiff Terrell D. Douglas, through current counsel and proposed substitute counsel Christopher Brown of The Brown Firm PLLC, moves under Federal Rule of Civil Procedure 6(b)(1)(A) and Local Civil Rule 83.1(H) for substitution of counsel and an extension of the briefing schedule for Defendants' Rule 12(b)(6) motions (ECF Nos. 43 and 46). The substitution is presented by consent. Defendants have consented to oppositions due November 9, 2026, with replies due two November 23, 2026.

1. Plaintiff filed his Amended Complaint on September 3, 2026. ECF No. 40. ManTech and ALKU filed their pending motions to dismiss on September 17, 2026. ECF Nos. 43 and 46.

2. The Court granted Plaintiff's prior extension request at ECF No. 51 and extended the deadline for Plaintiff's oppositions to October 30, 2026.

3. Plaintiff has retained Christopher Brown of The Brown Firm PLLC and requests that he be substituted as counsel of record in place of Lucrecia Patrice Johnson of LPJ Legal PLLC

and Dionna Maria Lewis of District Legal Group PLLC (the "Withdrawing Counsel"). Plaintiff consents to this substitution and the withdrawal of Withdrawing Counsel, as reflected by his endorsement below. Atty. Brown is admitted to practice before this Court and will assume responsibility for Plaintiff's representation. Withdrawing Counsel will cooperate in transferring the file and protecting Plaintiff's interests during the transition.

4. The undersigned did not anticipate requesting an extension merely because he was substituting into this case. An unexpected family medical emergency subsequently interrupted his preparation: a family emergency resulted in the undersigned being with a family member at Inova Fairfax Hospital who was admitted on October 20, 2026, and was discharged on October 27, 2026. The undersigned remained at the hospital that week.

5. This emergency substantially reduced the time available to review the record and prepare oppositions to both motions. The requested extension is based on that intervening emergency, not substitution alone, and is sought in good faith to permit meaningful preparation of Plaintiff's responses.

6. Defendants Mantech and ALKU have consented to extending Plaintiff's opposition deadline to November 9, 2026, with replies due November 23, 2026.

7. Per discussions with counsel for Mantech and ALKU, the agreed date (to be noticed) for the hearing on the motions is December 3, 2026, subject to the Court's schedule and approval. Plaintiff's requested schedule would permit briefing to be completed in advance of that hearing without requiring its postponement. Plaintiff submits that the brief extension will not prejudice Defendants or disrupt the anticipated hearing schedule.

8. Rule 6(b)(1)(A) permits an extension for good cause when requested before the existing deadline expires. This request is made before the October 30 deadline. The unexpected

hospitalization, counsel's presence during the hospitalization, the limited extension requested, and the anticipated December 3 hearing establish good cause. Local Civil Rule 83.1(H) permits withdrawal by court order after reasonable notice to the client; Plaintiff has notice and consents, and will remain represented by substitute counsel.

9. Plaintiff requests disposition of this procedural motion on the papers. A notice of waiver of oral argument will follow. Except for the briefing deadlines expressly requested, Plaintiff seeks no modification of other deadlines or proceedings by this motion.

WHEREFORE, Plaintiff respectfully requests that the Court:

(a) Substitute Christopher Brown of The Brown Firm PLLC as counsel of record for Plaintiff and permit Withdrawing Counsel to withdraw;

(b) Direct the Clerk to update the docket and CM/ECF service list accordingly;

(c) Extend Plaintiff's deadline to oppose ECF Nos. 43 and 46 to November 9, 2026, and set Defendants' reply deadline at November 18, 2026;

(d) Alternatively, approve the consented schedule of November 9, 2026, for oppositions and November 23, 2026, for replies; and

(e) Grant such other relief as the Court deems appropriate.

Dated: October 29, 2026

Respectfully submitted,

**TERRELL D. DOUGLAS**
By Counsel

*/s/ Christopher Brown*
Christopher Brown (VSB No. 39852)
THE BROWN FIRM PLLC
526 King Street, Suite 213
Alexandria, Virginia 22314
Telephone: 703-924-0223
Facsimile: 703-997-2362
cbrown@brownfirmpllc.com
*Proposed Substitute Counsel for Plaintiff*

**CONSENT TO SUBSTITUTION AND WITHDRAWAL**

*/s/ Lucrecia Patrice Johnson*
Lucrecia Patrice Johnson
LPJ LEGAL PLLC
853 New Jersey Avenue SE, Suite 200
Washington, DC 20003
Telephone: 202-643-6211
lucrecia@lpjlegal.com
*Withdrawing Counsel for Plaintiff*

*/s/ Dionna Maria Lewis*
Dionna Maria Lewis
DISTRICT LEGAL GROUP PLLC
163 Waterfront Street, Suite 440
National Harbor, Maryland 20745
Telephone: 202-780-9144
dionna@districtlegalgroup.com
*Withdrawing Counsel for Plaintiff*

## **PLAINTIFF'S CONSENT**

I have received notice of this motion and consent to the substitution and withdrawal of counsel requested above.

___________________________________
Terrell D. Douglas

Date: 10/29/2026

## **CERTIFICATE OF SERVICE**

I certify that on October 29, 2026, the foregoing was filed through CM/ECF, which provides notice to all registered counsel of record, and that a copy was separately served on Plaintiff Terrell D. Douglas by electronic mail.

*/s/ Christopher Brown*
Christopher Brown