**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| TERRELL D. DOUGLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 1:26-cv-00741-PTG-IDD |
| | ) | |
| MANTECH INTERNATIONAL CORPORATION | ) | |
| and | ) | |
| ALKU TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WAIVER OF ORAL ARGUMENT**

Plaintiff Terrell D. Douglas, by counsel, pursuant to Local Civil Rule 7(E), hereby gives notice that he waives oral argument on his Consent Motion to Substitute Counsel for Plaintiff and to Extend Time for Plaintiff to Oppose Defendants' Rule 12(b)(6) Motions (ECF No. 56), and respectfully requests that the Court decide the motion on the papers. Because the motion seeks an extension of a deadline that expires on October 30, 2026, Plaintiff respectfully requests a ruling at the Court's earliest convenience so current counsel for Plaintiff can be relieved of its obligation to file oppositions on October 30, 2026.

Respectfully submitted,

**TERRELL D. DOUGLAS**
By Counsel

*<u>/s/ Christopher Brown</u>*
Christopher Brown (VSB No. 39852)
THE BROWN FIRM PLLC
526 King Street, Suite 213
Alexandria, Virginia 22314
Telephone: 703-924-0223
Facsimile: 703-997-2362
cbrown@brownfirmpllc.com
*Proposed Substitute Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on October 29, 2026, the foregoing was filed through CM/ECF, which provides notice to all registered users / counsel of record.

*/s/ Christopher Brown*
Christopher Brown