**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| TERRELL D. DOUGLAS,<br><br>Plaintiff,<br><br>v.<br><br>MANTECH INTERNATIONAL CORPORATION<br>and<br>ALKU TECHNOLOGIES, LLC,<br><br>Defendants. | ) | Civil Action No.<br>**1:26-cv-00741-PTG-IDD** |

**ORDER**

Upon consideration of Plaintiff's Consent Motion to Substitute Counsel for Plaintiff and to Extend Time for Plaintiff to Oppose Defendants' Rule 12(b)(6) Motions, and for good cause shown, the Court notes that the substitution is presented by consent and that Defendants Mantech and ALKU consent to oppositions due November 9, 2026, with replies due November 23, 2026.

It is hereby ORDERED that:

1. Christopher Brown of The Brown Firm PLLC is SUBSTITUTED as counsel of record for Plaintiff Terrell D. Douglas in place of Lucrecia Patrice Johnson of LPJ Legal PLLC and Dionna Maria Lewis of District Legal Group PLLC.

2. Lucrecia Patrice Johnson and Dionna Maria Lewis are granted leave to WITHDRAW as counsel for Plaintiff. The Clerk shall update the docket and CM/ECF service list to reflect the substitution and withdrawal.

3. Plaintiff's additional scheduling request is GRANTED. The deadline for Plaintiff to file oppositions to Defendants' motions to dismiss (ECF Nos. 43 and 46), previously extended to October 31, 2026, is further extended to **November 9, 2026**.

4. Defendants shall file any reply briefs in support of those motions no later than **November 23, 2026**.

5. No continuance of the anticipated December 3, 2026 hearing is granted by this Order. The hearing date and time remain subject to the Court's scheduling and any separate hearing notice or order. Except as expressly provided above, all other existing deadlines and orders remain unchanged.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is SO ORDERED.

SO ORDERED 10/30/26

/s/
Patricia Tolliver Giles
United States District Judge