**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **TERRELL D. DOUGLAS** | ) | |
| ***Plaintiff*,** | ) | |
| **v.** | ) | **No: 1:26-cv-00741-PTG-IDD** |
| **MANTECH INTERNATIONAL CORP. and ALKU TECHNOLOGIES, LLC** | ) | |
| ***Defendants*.** | ) | |

**NOTICE OF HEARING**

Please take notice that on Thursday, December 3, 2026 at 10:00 a.m. or as soon thereafter as counsel may be heard, Defendant ManTech International Corporation ("ManTech"), through undersigned counsel, will appear before this Honorable Court, in the United States District Courthouse, 401 Courthouse Square, Alexandria, Virginia 22314, and request the Court to rule on ManTech's Motion to Dismiss Amended Complaint (Dkt. 43).

Dated: November 3, 2026

Respectfully submitted,

*/s/ Micah E. Ticatch*

Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
John W. H. Harding, Va. Bar No. 87602
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: eisler@islerdare.com
Email: mticatch@islerdare.com
Email: jharding@islerdare.com
*Counsel for Defendant*
*ManTech International Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of November 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to all counsel of record.

*/s/ Micah E. Ticatch*
Micah E. Ticatch
ISLER DARE, P.C.

*Counsel for Defendant*
*ManTech International Corporation*